Gregory M. Hess (5611)
PARR BROWN GEE & LOVELESS
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Telephone:     (801) 532-7840
Facsimile:     (801) 532-7750
Email:          ghess@parrbrown.com

*Attorneys for Brigham Young University*

---

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| N8 MEDICAL, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>   Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:13-cv-01017 |

Notice is hereby given of the entry of the undersigned as counsel for Brigham Young University in the above-entitled action.  Pursuant to Rule 5 of the *Federal Rules of Civil Procedure*, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Gregory M. Hess
> ghess@parrbrown.com
> PARR BROWN GEE & LOVELESS
> 185 South State Street, Suite 800
> Salt Lake City, Utah 84111

Dated this 17th day of January, 2014.

> PARR BROWN GEE & LOVELESS, PC
>
> By: */s/ Gregory M. Hess*
>    Gregory M. Hess
>
> *Attorneys for Brigham Young University*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 17th day of January, 2014, a true and correct copy of the

foregoing **NOTICE OF APPEARANCE OF COUNSEL** was served via the Court's CM/ECF

electronic filing system on the following:

Brent O. Hatch
Mark F. James
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Paul J. Dobrowski
Frederick T. Johnson
C. Gerard Harrison
Cody Stafford (pro hac vice)
DOBROWSKI, LARKIN & JOHNSON L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007

David L. Mortensen
Kenneth B. Black
STOEL RIVES (UT)
201 S. Main Street, Suite 1100
Salt Lake City, Utah 84111-4904

*/s/ Gregory M. Hess*
Gregory M. Hess