# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Laura Robinson
COURTROOM DEPUTY: Stephanie Schaerrer
INTERPRETER:

CASE NO. 2:13-CV-1017 BSJ

N8 Medical Inc v Colgate-Palmolive Company

Approved By:_____

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Brent O. Hatch, Paul J. Dorowski (N8 Medical Inc.) |
| Pla | Robert Clark (BYU) |
| Dft | Kenneth B. Black and David L. Mortensen |
| Time | 1:30 pm - 1:45 pm |

DATE: 6/5/14

MATTER SET: Status Conference

DOCKET ENTRY:

After hearing from counsel, Court set the following dates: all discovery to be completed by 6/15/15, post discovery motions due 7/1/15. Agreed form of pretrial order due 9/8/15, Final pretrial conference set for 9/14/15 at 9:30 am. Mr. Dorowski to prepare an order with these dates.