Brent O. Hatch (5715)
bhatch@hjdlaw.com
Mark F. James (5295)
mjames@hjdlaw.com
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:   (801) 363-6363
Facsimile:   (801) 363-6666

Paul J. Dobrowski (pro hac vice)
pjd@doblaw.com
Frederick T. Johnson (pro hac vice)
fjohnson@doblaw.com
C. Gerard Harrison (pro hac vice)
gharrison@doblaw.com
Cody W. Stafford (pro hac vice)
cstafford@doblaw.com
DOBROWSKI, LARKIN & JOHNSON L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone:   (713) 659-2900
Facsimile:   (713) 659-2908

*Attorneys for Plaintiff N8 Medical, Inc.*

FILED
U.S. DISTRICT COURT

2014 JUN 17  A 9: 17

DISTRICT OF UTAH

_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **N8 MEDICAL, INC.,**<br><br>　　**Plaintiff,**<br><br>　and<br><br>**BRIGHAM YOUNG UNIVERSITY,**<br><br>　　**Plaintiff-Intervenor,**<br>v.<br><br>**COLGATE-PALMOLIVE COMPANY,**<br><br>　　**Defendant.** | **SCHEDULING ORDER**<br><br>**Case No. 2:13-cv-01017**<br><br>**Judge Bruce S. Jenkins** |

Pursuant to Fed. R. Civ. P. 16(b), the Court received the Attorneys' Planning Report filed by counsel. The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

| | | | |
|---|---|---|---|
| 1. | | **PRELIMINARY MATTERS** | **DATE** |
| | a. | Deadline for 26(a)(1) initial disclosures | 06/15/14 |
| 2. | | **DISCOVERY LIMITATIONS** | **NUMBER** |
| | a. | Maximum Number of Depositions by Plaintiff(s) | *12* |
| | b. | Maximum Number of Depositions by Defendant(s) | *12* |
| | c. | Maximum Number of Hours for Each Deposition (unless extended by agreement of parties) | *7* |
| | d. | Maximum Interrogatories by any Party to any Party | *25* |
| | e. | Maximum requests for admissions by any Party to any Party (excluding Requests for Admission authenticating documents or other potential trial exhibits) | *25* |
| | f. | Maximum requests for production by any Party to any Party | *75* |
| | g. | The parties shall handle discovery of electronically stored information as stipulated in the Attorneys' Planning Meeting Report. | |
| | h. | The parties shall handle a claim of privilege or protection as trial preparation material asserted after production as stipulated in the Attorneys' Planning Meeting Report. | |
| | i. | Close of fact discovery: | *03/15/15* |
| 3. | | **RULE 26(a)(2) REPORTS FROM EXPERTS** | **DATE** |
| | a. | Parties bearing burden of proof | *03/31/15* |
| | b | Counter reports | *04/30/15* |

| 4. | | **OTHER DEADLINES** | | **DATE** |
|---|---|---|---|---|
| | a. | Last day for expert discovery | | _06/15/15_ |
| | b. | Deadline for filing dispositive or potentially dispositive motions | | _07/01/15_ |
| 5. | | **TRIAL AND PREPARATION FOR TRIAL** | **TIME** | **DATE** |
| | a. | Agreed form of Pretrial Order to be filed by | | _09/08/15_ |
| | b. | Final Pretrial Conference | 9:30 a.m. | _09/14/15_ |

Signed June 16, 2014.

BY THE COURT:

_[signature]_

The Honorable Bruce S. Jenkins
United States District Court Judge