Stephen C. Smith, Bar No. 04508
Richard R. Thomas (Pro Hac Vice Pending)
Stephen C. Biggs (Pro Hac Vice Pending)
SMITH LC
4505 East Chandler Boulevard, Suite 290
Phoenix, Arizona 85048
T: 480-361-8575
F: 480-350-7309
E: ssmith@smith-lc.com
E: rthomas@smith-lc.com
E: sbiggs@smith-lc.com

Michael A. Schern (Pro Hac Vice Pending)
SCHERN RICHARDSON FINTER DECKER, PLC
1640 South Stapley Drive, Suite 132
Mesa, Arizona 85204
T: 480.630.3864
E: mike@srfdlaw.com

*Attorneys for Proposed Intervenors*
*N8 Pharmaceuticals, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

N8 MEDICAL, INC.

Plaintiff,

and

BRIGHAM YOUNG UNIVERSITY,

Plaintiff-Interventor.

v.

COLGATE-PALMOLIVE COMPANY,

Defendant.

N8 PHARMACEUTICALS, INC.,

Proposed Intervenor.

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PROPOSED CROSS-CLAIM AGAINST N8 MEDICAL, INC. AND ALL RELATED REFERENCES IN MOTION TO INTERVENE**

Case No. 2:13-cv-01017-BSJ

Intervenor N8 Pharmaceuticals, Inc. ("N8 Pharma") hereby withdraws without prejudice it proposed cross-claim for declaratory relief against Plaintiff N8 Medical, Inc. ("N8 Medical"). Furthermore, N8 Pharma withdraws all references to that proposed cross-claim in N8 Pharma's pending Amended Motion to Intervene (Dkt # 98).

DATED August 8, 2014

SMITH LC

/s/ Richard R. Thomas
Steven C. Smith
Richard R. Thomas (Admitted Pro Hac Vice)
Stephen C. Biggs (Pro Hac Vice Pending)
4505 East Chandler Boulevard, Suite 290
Phoenix, Arizona 85048

Michael A. Schern (Pro Hac Vice Pending)
SCHERN RICHARDSON FINTER DECKER, PLC
1640 South Stapley Drive, Suite 132
Mesa, Arizona 85204

*Attorneys for Proposed Intervenor N8 Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PROPOSED CROSS-CLAIM AGAINST N8 MEDICAL, INC. AND ALL RELATED REFERENCES IN MOTION TO INTERVENE was filed with the Court on this 8th day of August, 2014 and served via ECF on all parties who have requested notice:

Brent O. Hatch, Esq.
Mark F. James, Esq.
HATCH. JAMES & DODGE PC
10 West Broadway, Suite 400
Salt Lake City, UT 84101
*Attorneys for Plaintiff N8 Medical, Inc.*

Paul J. Dobrowski, Esq.
Frederick T. Johnson, Esq.
C. Gerard Harrison, Esq.
Cody Stafford, Esq.
DOBROWSKI, LARKIN & JOHNSON L.L.P
4601 Washington Avenue, Suite 300
Houston, TX 77007
*Attorneys for Plaintiff N8 Medical, Inc.*

David L. Mortensen, Esq.
Jill M. Pohlman, Esq.
Kenneth B. Black, Esq.
STOEL RIVES
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
*Attorneys for Defendant Colgate-Palmolive Company*

Robert S. Clark, Esq.
Gregory M. Hess, Esq.
Sara M. Nielsen, Esq.
PARR BROWN GEE & LOVELESS
185 South State Street, Suite 800
Salt Lake City, UT 84111
*Attorneys for Intervenor Brigham Young University*

/s/ Richard R. Thomas