Brent O. Hatch (5715)
bhatch@hjdlaw.com
Mark F. James (5295)
mjames@hjdlaw.com
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363

Paul J. Dobrowski (*Pro Hac Vice*)
pjd@doblaw.com
Frederick T. Johnson (*Pro Hac Vice*)
fjohnson@doblaw.com
C. Gerard Harrison (*Pro Hac Vice*)
gharrison@doblaw.com
Cody W. Stafford (*Pro Hac Vice*)
cstafford@doblaw.com
DOBROWSKI, LARKIN & JOHNSON L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900

*Attorneys for Plaintiff N8 Medical, Inc.*

FILED
U.S. DISTRICT COURT
2014 AUG 15 P 2: 33
DISTRICT OF UTAH
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| N8 MEDICAL, INC.,<br><br>Plaintiff,<br><br>and<br><br>BRIGHAM YOUNG UNIVERSITY,<br><br>Plaintiff-Intervenor,<br>v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>Defendant. | ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR PLAINTIFF N8 MEDICAL, INC. TO FILE PLEADING<br><br>Case No. 2:13-cv-01017<br><br>Judge Bruce S. Jenkins |

1

Pursuant to the Stipulation and Motion for Extension of Time for Plaintiff N8 Medical, Inc. to File Pleading, the Court hereby orders that Plaintiff N8 Medical, Inc. shall have to and including Monday, August 18, 2014, to file a pleading, if any, in response to N8 Pharmaceuticals, Inc.'s Amended Motion to Intervene and Supporting Memorandum.

Dated this 15th day of August, 2014.

BY THE COURT:

The Honorable Bruce S. Jenkins
United States District Judge

APPROVED AS TO FORM AND CONTENT:

**DOBROWSKI, LARKIN & JOHNSON L.L.P.**

/s/ Paul J. Dobrowski
Paul J. Dobrowski
Frederick T. Johnson
C. Gerard Harrison
Cody W. Stafford

HATCH, JAMES & DODGE, PC

Brent O. Hatch
Mark F. James

*Attorneys for N8 Medical, Inc.*

**SMITH LC**

/s/ Richard R. Thomas
Steven C. Smith
Richard R. Thomas
Stephen C. Biggs

SCHERN RICHARDSON FINTER DECKER, PLC

Michael A. Schern

*Attorneys for N8 Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2014, a true and correct copy of the foregoing **Order Granting Motion for Extension of Time for Plaintiff N8 Medical, Inc. to File Pleading** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>David L. Mortensen
>Kenneth B. Black
>STOEL RIVES (UT)
>201 S. Main Street, Suite 1100
>Salt Lake City, UT 84111-4904
>
>Steven C. Smith
>Richard R. Thomas
>Stephen C. Biggs
>SMITH LC
>4505 East Chandler Boulevard, Suite 290
>Phoenix, AZ 85048
>
>Michael A. Schern
>SCHERN RICHARDSON FINTER DECKER, PLC
>1640 South Stapley Drive, Suite 132
>Mesa, AZ 85204
>
>Robert S. Clark
>Gregory M. Hess
>Parr Brown Gee & Loveless
>101 South 200 East, Suite 700
>Salt Lake City, UT 84111

/s/ *Gerard Harrison*
Gerard Harrison

3