```
                                              FILED
                                    U.S. DISTRICT COURT

                                    2014 AUG 15  P 2: 33

                                    DISTRICT OF UTAH

                                    Y_____
                                       DEPUTY CLERK
```

*Order Prepared By*:
Kenneth B. Black (#5588)
    Email: *kbblack@stoel.com*
Jill M. Pohlman (#7602)
    Email: *jmpohlman@stoel.com*
David L. Mortensen (#8242)
    Email: *dlmortensen@stoel.com*
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131
Facsimile: (801) 578-6999

Attorneys for Defendant
Colgate-Palmolive Company

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| N8 MEDICAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>Defendant. | [PROPOSED] ORDER GRANTING, IN PART, COLGATE-PALMOLIVE COMPANY'S (1) PARTIAL MOTION TO DISMISS N8 MEDICAL INC.'S FIRST AMENDED COMPLAINT; and (2) MOTION TO DISMISS BYU'S JOINDER AND COMPLAINT<br><br>Case No. 2:13-cv-01017<br><br>Judge Bruce S. Jenkins |

On August 5, 2014, beginning at 1:30 p.m., the Court held a hearing on Defendant Colgate-Palmolive Company's ("Colgate") Partial Motion to Dismiss N8 Medical Inc.'s ("N8") First Amended Complaint [D.E. 78], and Colgate's Motion to Dismiss Plaintiff-Intervenor Brigham Young University's ("BYU") Joinder in Plaintiff N8 Medical Inc.'s First Amended Complaint and Complaint Asserting Independent Claims [D.E. 80].  Kenneth B. Black, Jill M.

1

Pohlman, and David L. Mortensen appeared on behalf of Colgate; Brent O. Hatch and Paul J.

Dobrowski appeared on behalf of N8; Robert S. Clark and Gregory M. Hess appeared on behalf of

BYU; and, Richard R. Thomas was present on behalf of Proposed Intervenor N8 Pharmaceuticals.

Having considered the pleadings, the memoranda of the parties, the oral arguments of counsel, and

for good cause appearing, the Court hereby decrees and orders as follows:

### Partial Motion to Dismiss N8 First Amended Complaint

1.      Colgate's partial motion to dismiss [D.E. 78] is DENIED except as follows:

a)     The motion to dismiss N8's Seventh Cause of Action (Negligence and Gross

Negligence) in N8's First Amended Complaint [D.E. 66] is GRANTED, without prejudice.  N8

is hereby granted leave to amend its First Amended Complaint to re-file claims averring

negligence and/or gross negligence.  Any such amendment shall be filed no later than August 25,

2014, *i.e.*, twenty (20) days from the hearing date.

b)    The motion to dismiss N8's Second Cause of Action (Breach of the Implied Duty of

Good Faith and Fair Dealing) is GRANTED.  Under New York law, the implied Duty of Good

Faith and Fair Dealing is not a separate cause of action and will be considered only as part of the

breach of contract claims.

### Motion to Dismiss BYU's Complaint

2.      Colgate's partial motion to dismiss [D.E. 80] is DENIED except as follows:

a) BYU's "Joinder in Claims of N8 Medical, Inc." as set forth on page 2 of its Joinder

and Complaint [D.E. 71], does not clearly state which of N8's claims BYU intended to join.

BYU shall file an amended Joinder that specifically states which of N8's remaining claims

and/or allegations BYU joins.  Any such amendment shall be filed no later than August 25, 2014,

2

*i.e.*, twenty (20) days from the hearing date.  If BYU does not timely file such an amendment,

BYU's Joinder in N8's claims shall be dismissed.

b)  The motion to dismiss the Second Cause of Action (Breach of the Implied Duty of

Good Faith and Fair Dealing) is GRANTED.  Under New York law, the implied Duty of Good

Faith and Fair Dealing is not a separate cause of action and will be considered only as part of the

breach of contract claims.

Dated this *15* day of August, 2014.

BY THE COURT:

The Honorable Bruce S. Jenkins
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the August 14, 2014, a true and correct copy of the foregoing

**[PROPOSED] ORDER GRANTING, IN PART, COLGATE-PALMOLIVE COMPANY'S**

**(1) PARTIAL MOTION TO DISMISS N8 MEDICAL INC.'S FIRST AMENDED**

**COMPLAINT; and (2) MOTION TO DISMISS BYU'S JOINDER AND COMPLAINT**

was served by email to the following counsel of record:

> Brent O. Hatch
> bhatch@hjdlaw.com
> Mark F. James
> mjames@hjdlaw.com
> HATCH, JAMES & DODGE, PC
> 10 West Broadway, Suite 400
> Salt Lake City, UT  84101
>
> Paul J. Dobrowski
> pjd@doblaw.com
> Frederick T. Johnson
> fjohnson@doblaw.com
> C.Gerard Harrison
> gharrison@doblaw.com
> Cody Stafford
> cstafford@doblaw.com
> Dobrowski, Larkin & Johnson L.L.P.
> 4601 Washington Avenue, Suite 300
> Houston, Texas 77007
>
> Robert S. Clark
> rclark@parrbrown.com
> Gregory M. Hess
> ghess@parrbrown.com
> Parr Brown Gee & Loveless
> 101 South 200 East, Suite 700
> Salt Lake City, UT 84111

_David L. Mortensen_____  _____

76918378.1 0081966-00001