Brent O. Hatch (5715)
    bhatch@hjdlaw.com
Mark F. James (5295)
    mjames@hjdlaw.com
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363

Paul J. Dobrowski (*Pro Hac Vice*)
    pjd@doblaw.com
Frederick T. Johnson (*Pro Hac Vice*)
    fjohnson@doblaw.com
C. Gerard Harrison (*Pro Hac Vice*)
    gharrison@doblaw.com
Cody W. Stafford (*Pro Hac Vice*)
    cstafford@doblaw.com
DOBROWSKI, LARKIN & JOHNSON L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900

*Attorneys for Plaintiff N8 Medical, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| N8 MEDICAL, INC., <br><br> Plaintiff, <br><br> and <br><br> BRIGHAM YOUNG UNIVERSITY, <br><br> Plaintiff-Intervenor, <br> v. <br><br> COLGATE-PALMOLIVE COMPANY, <br><br> Defendant. | ORDER DENYING <br> N8 PHARMACEUTICALS, INC.'S <br> AMENDED MOTION TO INTERVENE <br> AND SUPPORTING MEMORANDUM <br><br> Case No. 2:13-cv-01017 <br><br> Judge Bruce S. Jenkins |

**UPON CONSIDERING** N8 Pharmaceutical, Inc.'s Amended Motion to Intervene and Supporting Memorandum

**IT IS ORDERED** that N8 Pharmaceutical, Inc.'s Amended Motion to Intervene and Supporting Memorandum be and is hereby **DENIED** in its entirety.

Dated this ___ day of August, 2014.

BY THE COURT:

_____
The Honorable Bruce S. Jenkins
United States District Judge

APPROVED AS TO FORM AND CONTENT:

**DOBROWSKI, LARKIN & JOHNSON L.L.P.**

*/s/ Paul J. Dobrowski*
Paul J. Dobrowski
Frederick T. Johnson
C. Gerard Harrison
Cody W. Stafford

HATCH, JAMES & DODGE, PC

Brent O. Hatch
Mark F. James

*Attorneys for N8 Medical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2014, a true and correct copy of the foregoing **Order Denying N8 Pharmaceutical, Inc.'s Amended Motion to Intervene and Supporting Memorandum** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> David L. Mortensen
> Kenneth B. Black
> STOEL RIVES (UT)
> 201 S. Main Street, Suite 1100
> Salt Lake City, UT 84111-4904
>
> Steven C. Smith
> Richard R. Thomas
> Stephen C. Biggs
> SMITH LC
> 4505 East Chandler Boulevard, Suite 290
> Phoenix, AZ 85048
>
> Michael A. Schern
> SCHERN RICHARDSON FINTER DECKER, PLC
> 1640 South Stapley Drive, Suite 132
> Mesa, AZ 85204
>
> Robert S. Clark
> Gregory M. Hess
> Parr Brown Gee & Loveless
> 101 South 200 East, Suite 700
> Salt Lake City, UT 84111

*/s/ Gerard Harrison*
Gerard Harrison