# EXHIBIT A
# FILED CONVENTIONALLY UNDER SEAL