Stephen C. Smith, Bar No. 04508
Richard R. Thomas (Admitted Pro Hac Vice)
Stephen C. Biggs (Pro Hac Vice Pending)
SMITH LC
4505 East Chandler Boulevard, Suite 290
Phoenix, Arizona 85048
T: 480-361-8575
F: 480-350-7309
E: ssmith@smith-lc.com
E: rthomas@smith-lc.com
E: sbiggs@smith-lc.com

*Attorneys for Proposed Intervenors*
*N8 Pharmaceuticals, Inc.*

FILED
U.S. DISTRICT COURT

2014 SEP 17 A 7:53

DISTRICT OF UTAH

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| N8 MEDICAL, INC.<br><br>    Plaintiff,<br><br>and<br><br>BRIGHAM YOUNG UNIVERSITY,<br><br>    Plaintiff-Intervenor.<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>    Defendant. | **ORDER GRANTING INTERVENOR N8 PHARMACEUTICAL, INC.'S MOTION TO SEAL EXHIBITS ATTACHED TO INTERVENOR'S REPLY IN SUPPORT OF MOTION TO INTERVENE**<br><br>Case No. 2:13-cv-01017-BSJ |
| N8 PHARMACEUTICALS, INC.,<br><br>    Proposed Intervenor. | |

Proposed Intervenor N8 Pharmaceutical, Inc. ("N8 Pharma") has moved for an order sealing Exhibits A-D attached to N8 Pharma's Consolidated Reply In Support of Amended Motion to Intervene (Dkt #113-1 through 113-4). The Court, having considered N8 Pharma's motion, and good cause appearing,

1

GRANTS N8 Pharma's Motion.

IT IS HEREBY ORDERED that Exhibits A-D attached to N8 Pharma's Consolidated Reply In Support of Amended Motion to Intervene (Dkt #113-1 through 113-4) shall be sealed.

DATED this 16th day of Sept, 2014.

BY THE COURT

_____
The Honorable Bruce S. Jenkins
United States District Judge