FILED
US DISTRICT COURT

2014 SEP 23 P 4: 11

DISTRICT OF UTAH

Brent O. Hatch (5715)
   bhatch@hjdlaw.com
Mark F. James (5295)
   mjames@hjdlaw.com
**HATCH, JAMES & DODGE, P.C.**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363

Paul J. Dobrowski (*Pro Hac Vice*)
   pjd@doblaw.com
Frederick T. Johnson (*Pro Hac Vice*)
   fjohnson@doblaw.com
C. Gerard Harrison (*Pro Hac Vice*)
   gharrison@doblaw.com
Cody Stafford (*Pro Hac Vice*)
   cstafford@doblaw.com
**DOBROWSKI, LARKIN & JOHNSON L.L.P.**
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900

*Attorneys for Plaintiff N8 Medical, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **N8 MEDICAL, INC.,**<br><br>    **Plaintiff,**<br><br>and<br><br>**BRIGHAM YOUNG UNIVERSITY,**<br><br>    **Plaintiff-Intervenor,**<br><br>v.<br><br>**COLGATE-PALMOLIVE COMPANY,**<br><br>    **Defendant.** | **AGREED PROPOSED ORDER ON N8 PHARMACEUTICAL, INC.'S AMENDED MOTION TO INTERVENE**<br><br>(Jury Trial Demanded)<br><br>Case No. 2:13-cv-01017<br><br>Judge Bruce S. Jenkins |

On September 18, 2014, the Court heard argument on Intervenor N8 Pharmaceutical, Inc's ("N8 Pharma") Amended Motion to Intervene. Having considered the pleadings, the evidence, and the arguments of counsel, the Court ORDERS as follows:

1. The Court takes the Amended Motion to Intervene under advisement.

2. N8 Pharma shall have until October 8, 2014, to file a proposed Amended Complaint in Intervention that sets forth specifically the basis of its claims and the specific categories of damages it believes it is entitled to recover from defendant.

Dated this 22 day of Sept, 2014.

By the Court:

The Honorable Bruce S. Jenkins
United Stated District Court Judge

APPROVED AS TO FORM AND CONTENT:

**DOBROWSKI, LARKIN & JOHNSON L.L.P.**

*/s/ Paul J. Dobrowski*
Paul J. Dobrowski
Frederick T. Johnson
C. Gerard Harrison
Cody W. Stafford

HATCH, JAMES & DODGE, PC

Brent O. Hatch
Mark F. James

*Attorneys for N8 Medical, Inc.*

1

**STOEL RIVES LLP**

/s/ Kenneth B. Black
Kenneth B. Black
Jill M. Pohlman
David L. Mortensen

*Attorneys for Colgate-Palmolive Company*

**PARR BROWN GEE & LOVELESS**

/s/ Robert S. Clark
Robert S. Clark
Gregory M. Hess

*Attorneys for Brigham Young University*

**SMITH LC**

/s/ Richard R. Thomas
Steven C. Smith
Richard R. Thomas
Stephen C. Biggs

SCHERN RICHARDSON FINTER DECKER, PLC

Michael A. Schern

*Attorneys for N8 Pharmaceuticals, Inc.*