Stephen C. Smith, Bar No. 04508
Richard R. Thomas (Admitted Pro Hac Vice)
Stephen C. Biggs (Admitted Pro Hac Vice)
SMITH LC
4505 East Chandler Boulevard, Suite 290
Phoenix, Arizona 85048
T: 480-361-8575
F: 480-350-7309
E: ssmith@smith-lc.com
E: rthomas@smith-lc.com
E: sbiggs@smith-lc.com

*Attorneys for Proposed Intervenors*
*N8 Pharmaceuticals, Inc.*

FILED
U.S. DISTRICT COURT
2014 OCT 23  A 11: 31
DISTRICT OF UTAH
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| N8 MEDICAL, INC.<br><br>Plaintiff,<br><br>and<br><br>BRIGHAM YOUNG UNIVERSITY,<br><br>Plaintiff-Interventor.<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>Defendant. | **ORDER GRANTING N8 PHARMACEUTICALS, INC.'S AMENDED MOTION TO INTERVENE AND LEAVE TO FILE COMPLAINT**<br><br>Case No. 2:13-cv-01017-BSJ |
| N8 PHARMACEUTICALS, INC.,<br><br>Proposed Intervenor. | |

The matter before the Court is N8 Pharmaceuticals, Inc. ("N8 Pharma") Amended Motion to Intervene (Doc. 98) (the "Motion"). The Court has considered the Motion and all briefing thereon and has heard oral argument. The Court has also considered N8 Pharma's

1

proposed Complaint lodged September 30, 2014. Based upon the foregoing, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**. N8 Pharma is hereby granted leave to file its Complaint in intervention as lodged with the Court on September 30, 2014 (Doc 142-1).

DATED this 23rd day of Oct, 2014.

BY THE COURT:

Honorable Bruce S. Jenkins
United States District Court