Steven C. Smith, Bar No. 04508
Derrick C. Hughes, Bar No. 12558
SMITH LC
1800 North Broadway, Suite 200
Santa Ana, California 92706
T: 714-550-7720
F: 714-550-1251
E: ssmith@smith-lc.com
E: dhughes@smith-lc.com

Richard R. Thomas (Admitted Pro Hac Vice)
Stephen C. Biggs (Admitted Pro Hac Vice)
SMITH LC
4505 East Chandler Boulevard, Suite 290
Phoenix, Arizona 85048
T: 480-361-8575
F: 480-350-7309
E: rthomas@smith-lc.com
E: sbiggs@smith-lc.com

*Attorneys for Intervenors*
*N8 Pharmaceuticals, Inc.*

FILED
U.S. DISTRICT COURT

2014 NOV 10 P 2: 51

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **N8 MEDICAL, INC.**<br><br>                    Plaintiff,<br><br>and<br><br>**BRIGHAM YOUNG UNIVERSITY,**<br><br>                    Plaintiff-Interventor.<br><br>v.<br><br>**COLGATE-PALMOLIVE COMPANY,**<br><br>                    Defendant. | [~~PROPOSED~~] ORDER FOR PRO HAC VICE ADMISSION OF MICHAEL A. SCHERN<br><br>Case No. 2:13-cv-01017-BSJ |
| **N8 PHARMACEUTICALS, INC.,**<br><br>                    Proposed Intervenors. | |

1

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of D.U. Civ. R 83-1.1(d), the motion for the admission pro hac vice of Michael A. Schern in the United States District Court, District of Utah in the subject case is GRANTED.

DATED this 10th day of Nov., 2014.

_____
Honorable Bruce S. Jenkins