Robert S. Clark (4015) rclark@parrbrown.com
Gregory M. Hess (5611) ghess@parrbrown.com
Sara M. Nielson (13824) snielson@parrbrown.com
Stephen M. Craig (12066) stephen_craig@byu.edu
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone:      (801) 532-7840
Facsimile:      (801) 532-7750

*Attorneys for Plaintiff-Intervenor Brigham Young University*

# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| N8 MEDICAL, INC., <br><br> Plaintiff, <br><br> and <br><br> BRIGHAM YOUNG UNIVERSITY, <br><br> Plaintiff-Intervenor <br><br> v. <br><br> COLGATE-PALMOLIVE COMPANY, <br><br> Defendant. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Case No. 2:13-cv-01017 <br><br> Judge Bruce S. Jenkins |

TO THE COURT AND ALL COUNSEL:

PLEASE TAKE NOTICE that Stephen M. Craig hereby enters his appearance as additional lead counsel of record for Plaintiff-Intervenor Brigham Young University in the above-captioned case. Request is made that Mr. Craig be added to the service list and be provided notice of all hearings, actions, and other matters maintained hereafter in the above-titled proceedings at the following address:

      Stephen M. Craig
      Office of General Counsel
      BRIGHAM YOUNG UNIVERSITY
      B-350 ASB
      Provo, UT  84602
      stephen_craig@byu.edu
      801-422-3089

DATED this 12th day of December, 2014.

                                      PARR BROWN GEE & LOVELESS

                                       /s/ Stephen M. Craig
                                      Stephen M. Craig
                                      Robert S. Clark
                                      Gregory M. Hess
                                      Sara M. Nielson
                                      *Attorneys for Brigham Young University*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2014, I caused a true and correct copy of **NOTICE OF APPEARANCE OF COUNSEL** to be filed via the Court's e-filing system, which served the following:

Brent O. Hatch
bhatch@hjdlaw.com
Mark F. James
mjames@hjdlaw.com
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

Paul J. Dobrowski
pjd@doblaw.com
C. Gerard Harrison
gharrison@doblaw.com
Frederick T. Johnson
fjohnson@doblaw.com
Cody Stafford
cstafford@doblaw.com
DOBROWSKI, LARKIN & JOHNSON L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Kenneth B. Black

kbblack@stoel.com
David L. Mortensen
dlmortensen@stoel.com
Jill M. Pohlman
jmpohlman@stoel.com
STOEL RIVES (UT)
201 S. Main Street, Suite 1100
Salt Lake City, Utah 84111-4904

*/s/ Stephen M. Craig*
Stephen M. Craig