FILED
2015 JAN 7 PM 3:38
CLERK
U.S. DISTRICT COURT

Brent O. Hatch (5715)
  bhatch@hjdlaw.com
Mark F. James (5295)
  mjames@hjdlaw.com
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363

Paul J. Dobrowski (*Pro Hac Vice*)
  pjd@doblaw.com
Frederick T. Johnson (*Pro Hac Vice*)
  fjohnson@doblaw.com
Cody W. Stafford (*Pro Hac Vice*)
  cstafford@doblaw.com
DOBROWSKI, LARKIN & JOHNSON L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900

*Attorneys for Plaintiff N8 Medical, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **N8 MEDICAL, INC.,**<br>    **Plaintiff,**<br><br>and<br><br>**BRIGHAM YOUNG UNIVERSITY,**<br>    **Plaintiff-Intervenor,**<br><br>and<br><br>**N8 PHARMACEUTICALS, INC.,**<br>    **Plaintiff-Intervenor,**<br><br>v.<br><br>**COLGATE-PALMOLIVE COMPANY,**<br>    **Defendant.** | **ORDER GRANTING PLAINTIFF N8 MEDICAL, INC.'S MOTION FOR LEAVE TO SEAL ITS AMENDED MOTION TO COMPEL AND OVERRULE DEFENDANT COLGATE-PALMOLIVE COMPANY'S PRIVILEGE ASSERTIONS AND EXHIBITS A–Y ATTACHED**<br><br>(Jury Trial Demanded)<br><br>Case No. 2:13-cv-01017<br><br>Judge Bruce S. Jenkins |

Based on Plaintiff N8 Medical, Inc.'s Motion for Leave to Seal its Amended Motion to Compel and Overrule Defendant Colgate-Palmolive Company's Privilege Assertions and Exhibits A–Y attached, the Court GRANTS LEAVE and ORDERS that Plaintiff N8 Medical, Inc.'s Amended Motion to Compel and Overrule Defendant Colgate-Palmolive Company's Privilege Assertions and Exhibits A–Y Attached filed on January 7, 2015, is hereby sealed.

Dated this 7th day of January, 2015.

BY THE COURT:

_____
The Honorable Bruce S. Jenkins
United States District Judge