FILED
2015 FEB 5 AM 10:12
CLERK
U.S. DISTRICT COURT

Kenneth B. Black (#5588)
  Email: *kbblack@stoel.com*
Jill M. Pohlman (#7602)
  Email: *jmpohlman@stoel.com*
David L. Mortensen (#8242)
  Email: *dlmortensen@stoel.com*
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131
Facsimile: (801) 578-6999

Attorneys for Defendant
Colgate-Palmolive Company

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| N8 MEDICAL, INC.,<br><br>Plaintiff,<br><br>and<br><br>BRIGHAM YOUNG UNIVERSITY<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>Defendant. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR COLGATE TO FILE ITS MEMORANDUM IN OPPOSITION TO PLAINTIFF N8 MEDICAL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND OVERRULE OBJECTIONS [D.E. 170]**<br><br>2:13-cv-01017-BSJ<br><br>The Honorable Bruce S. Jenkins |

The Court, having reviewed the unopposed motion for extension of time for Colgate to file its memorandum in opposition to N8 Medical, Inc.'s motion to compel production of documents and overrule (the "Motion to Compel") [D.E. 170] and good cause appearing therefor, hereby GRANTS the motion and ORDERS as follows:

The time for Colgate to file its memorandum in opposition to the Motion to Compel is extended to February 17, 2015.

IT IS SO ORDERED.

DATED this 5th day of February, 2015.

BY THE COURT:

The Honorable Bruce S. Jenkins
United States District Judge

CERTIFICATE SERVICE

I hereby certify that on the 3rd day of February, 2015, I caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR COLGATE TO FILE ITS MEMORANDUM IN OPPOSITION TO PLAINTIFF N8 MEDICAL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND OVERRULE OBJECTIONS [D.E. 170]** to be served via CM/ECF on the following:

Brent O. Hatch
bhatch@hjdlaw.com
Mark F. James
mjames@hjdlaw.com
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, UT 84101

Paul J. Dobrowski
pjd@doblaw.com
Frederick T. Johnson
fjohnson@doblaw.com
C. Gerard Harrison
gharrison@doblaw.com
Cody Stafford
cstafford@doblaw.com
Dobrowski, Larkin & Johnson L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007

Robert S. Clark
rclark@parrbrown.com
Gregory M. Hess
ghess@parrbrown.com
Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, UT 84111

Steve C. Smith
ssmith@smith-lc.com
Richard R. Thomas
rthomas@smith-lc.com
Stephen C. Biggs
sbiggs@smith-lc.com
Smith LC
4505 East Chandler Boulevard, Suite 290
Phoenix, AZ 85048

Michael A. Schern
mike@srfdlaw.com
Schern Richardson Finter Decker, PLC
1640 South Statpley Drive, Suite 132
Mesa, AZ 85204

Stephen M. Craig
stephen_craig@byu.edu
Office of General Counsel
Brigham Young University
B-350 ASB
Provo, UT 84602

/s/ David L. Mortensen