FILED
2015 MAR 4 PM 1:05
CLERK
U.S. DISTRICT COURT

Kenneth B. Black (#5588)
  Email: *kbblack@stoel.com*
Jill M. Pohlman (#7602)
  Email: *jmpohlman@stoel.com*
David L. Mortensen (#8242)
  Email: *dlmortensen@stoel.com*
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131
Facsimile: (801) 578-6999

Attorneys for Defendant
Colgate-Palmolive Company

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| N8 MEDICAL, INC.,<br><br>    Plaintiff,<br><br>BRIGHAM YOUNG UNIVERSITY,<br><br>    Plaintiff-Intervenor,<br><br>and<br><br>N8 PHARMACEUTICALS, INC.,<br><br>    Plaintiff-Intervenor<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>    Defendant. | [PROPOSED] AMENDED SCHEDULING ORDER<br><br>2:13-cv-01017-BSJ<br><br>The Honorable Bruce S. Jenkins |

This matter having come before the Court pursuant to the stipulation of the parties, and good cause being shown, the Court ORDERS the following modification to the Scheduling Order [Dkt. 86]:

2.  **DISCOVERY LIMITATIONS**

    a.    Maximum Number of Depositions by Plaintiffs    15

    b.    Maximum Number of Depositions by Defendant    15

    i.    Close of fact discovery:    05/15/15

3.  **RULE26(a)(2)(A) EXPERT DISCLOSURES**

    a.    Parties bearing burden of proof identify testifying expert(s) by name and subject matter(s) on which expert(s) will testify    05/18/15

3a. **RULE 26(a)(2)(B) EXPERT REPORTS**

    a.    Reports for parties bearing burden of proof[1]    06/01/15

    b.    Counter reports    07/16/15

4.  **OTHER DEADLINES**

    a.    Last day for expert discovery    08/31/15

    b.    Deadline for filing dispositive or potentially dispositive motions    09/16/15

5.  **TRIAL AND PREPARATION FOR TRIAL**

    a.    Agreed form of Pretrial Order to be filed by    11/10/15

    b.    Final Pretrial Conference    9:30 a.m.    11/16/15

IT IS SO ORDERED.

DATED: 3/4/, 2015.

The Honorable Bruce S. Jenkins
United States District Judge

---

[1] The parties bearing the burden of proof will make a good faith effort to identify all testifying experts by name and subject matter on May 18, 2015. As long as a party does so, its failure to identify a testifying expert on May 18, 2015, will not preclude that party from producing a report for that expert on June 1, 2015.

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2015, I caused a true and correct copy of the foregoing **[PROPOSED] AMENDED SCHEDULING ORDER** to be served via CM/ECF on the following:

Brent O. Hatch
bhatch@hjdlaw.com
Mark F. James
mjames@hjdlaw.com
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah  84101

Paul J. Dobrowski
pjd@doblaw.com
Frederick T. Johnson
fjohnson@doblaw.com
C.Gerard Harrison
gharrison@doblaw.com
Cody Stafford
cstafford@doblaw.com
Dobrowski, Larkin & Johnson L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007

Robert S. Clark
rclark@parrbrown.com
Parr Brown Gee & Loveless
185 S State Street, Suite 800
Salt Lake City, Utah 84111

Richard R. Thomas
rthomas@smith-lc.com
Stephen C. Biggs
sbiggs@smith-lc.com
SMITH LC
4505 East Chandler Boulevard, Suite 290
Phoenix, Arizona  85048

Stephen C. Smith
ssmith@smith-lc.com
Derrick C. Hughes
dhughes@smith-lc.com
3161 Michelson Drive, Suite 925
Irvine, California  92612

Michael A. Schern
mike@srfdlaw.com
SCHERN RICHARDSON FINTER DECKER, PLC
1640 South Stapley Drive, Suite 132
Mesa, Arizona  85204

/s/ David L. Mortensen