FILED
2015 NOV 23 PM 3:11
CLERK
U.S. DISTRICT
COURT

Brent O. Hatch (5715)
   bhatch@hjdlaw.com
Mark F. James (5295)
   mjames@hjdlaw.com
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363

Paul J. Dobrowski (*Pro Hac Vice*)
   pjd@doblaw.com
Frederick T. Johnson (*Pro Hac Vice*)
   fjohnson@doblaw.com
Cody W. Stafford (*Pro Hac Vice*)
   cstafford@doblaw.com
DOBROWSKI, LARKIN & JOHNSON L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900

*Attorneys for Plaintiffs N8 Medical, Inc. and N8 Medical, LLC*

Robert S. Clark (4015)
   rclark@parrbrown.com
Gregory M. Hess (5611)
   ghess@parrbrown.com
Sara Meg Nielson (13824)
   snielson@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Plaintiff-Intervenor Brigham Young University*

Richard R. Thomas (*Pro Hac Vice*)
    rthomas@smith-lc.com
Steven C. Smith (04508)
    ssmith@smith-lc.com
Stephen C. Biggs (*Pro Hac Vice*)
    sbiggs@smith-lc.com
SMITH LC
4505 East Chandler Blvd., Suite 290
Phoenix, Arizona 85048
Telephone: (480) 361-8575
Facsimile: 480) 350-7309

Michael A. Shern (*Pro Hac Vice*)
    mike@srfdlaw.com
SCHERN RICHARDSON FINTER DECKER, PLC
1640 South Stapley Dr., Suite 132
Mesa, Arizona 85204
Telephone: (480) 630-3864

*Attorneys for Plaintiff N8 Pharmaceuticals, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| N8 MEDICAL, INC. and N8 MEDICAL, LLC,<br>      Plaintiffs,<br>and<br><br>BRIGHAM YOUNG UNIVERSITY,<br>      Plaintiff-Intervenor,<br><br>and<br><br>N8 PHARMACEUTICALS, INC.,<br>      Plaintiff-Intervenor,<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY,<br>      Defendant. | ORDER GRANTING PLAINTIFFS' JOINT MOTIONS FOR LEAVE TO SEAL EXHIBITS A-B TO THEIR MOTIONS TO EXCLUDE EXPERT TESTIMONY OF ROCKSTRAW, FRUNCILLO, NELSON, STOLTZ, CELESTE, AND FALLER AND EXHIBITS A-J OF LERNER<br><br>(Jury Trial Demanded)<br><br>Case No. 2:13-cv-01017<br><br>Judge Bruce S. Jenkins |

Based on Plaintiffs' Joint Motion for Leave to Seal Exhibits A-B to their Joint Motions to Exclude Expert Testimony of Rockstraw, Fruncillo, Nelson, Stoltz, Celeste, and Faller, and Exhibits A-J to their Joint Motion to Exclude Expert Testimony of Lerner, the Court GRANTS LEAVE and ORDERS that Exhibits A-B to each of Plaintiffs' Joint Motions to Exclude Expert Testimony of Rockstraw, Fruncillo, Nelson, Stoltz, Celeste, and Faller, and Exhibits A-J to Plaintiffs' Joint Motion to Exclude Expert Testimony of Lerner, filed on November 23, 2015, are hereby sealed.

Dated this 23 day of Nov., 2015.

BY THE COURT:

_____
THE HONORABLE BRUCE S. JENKINS
UNITED STATES DISTRICT JUDGE

1