FILED
2016 JAN 4 PM 3:52
CLERK
U.S. DISTRICT
COURT

Kenneth B. Black (#5588)
   Email: *kbblack@stoel.com*
Jill M. Pohlman (#7602)
   Email: *jmpohlman@stoel.com*
David L. Mortensen (#8242)
   Email: *dlmortensen@stoel.com*
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

Attorneys for Defendant
Colgate-Palmolive Company

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| N8 MEDICAL, INC.,<br><br>        Plaintiff,<br><br>and<br><br>BRIGHAM YOUNG UNIVERSITY,<br><br>        Plaintiff-Intervenor,<br>and<br><br>N8 PHARMACEUTICALS, INC.,<br><br>        Plaintiff-Intervenor<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>        Defendant. | **ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANT COLGATE-PALMOLIVE COMPANY'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' JOINT MOTION PURSUANT TO RULE 702, *FRE*, TO EXCLUDE THE PROFFERED OPINIONS OF DAVID ROCKSTRAW AND ATTACHED EXHIBITS [DKT. 504]**<br><br>2:13-cv-01017-BSJ<br><br>The Honorable Bruce S. Jenkins |

Having reviewed Defendant Colgate-Palmolive Company's ("Colgate") Motion for

Leave to File Under Seal Defendant Colgate-Palmolive Company's Memorandum in Opposition

to Plaintiffs' Joint Motion Pursuant to Rule 702, *FRE*, to Exclude the Proffered Opinions of David Rockstraw and Exhibits 1-5 Thereto (the "Motion") and good cause appearing therefor, the Court GRANTS the Motion and ORDERS that the following documents are hereby sealed:

(1) Colgate-Palmolive Company's Memorandum in Opposition to Plaintiffs' Joint Motion Pursuant to Rule 702, *FRE*, to Exclude the Proffered Opinions of David Rockstraw; and

(2) Exhibits 1-5 to Defendant Colgate-Palmolive Company's Memorandum in Opposition to Plaintiffs' Joint Motion Pursuant to Rule 702, *FRE*, to Exclude the Proffered Opinions of David Rockstraw.

DATED: ~~December~~ 11/4, 201~~5~~6.

_____
The Honorable Bruce S. Jenkins
United States District Judge