Kenneth B. Black (#5588)
  Email: *kbblack@stoel.com*
Jill M. Pohlman (#7602)
  Email: *jmpohlman@stoel.com*
David L. Mortensen (#8242)
  Email: *dlmortensen@stoel.com*
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131
Facsimile: (801) 578-6999

Attorneys for Defendant
Colgate-Palmolive Company

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| N8 MEDICAL, INC. and N8 MEDICAL, LLC,<br><br>    Plaintiffs,<br><br>and<br><br>BRIGHAM YOUNG UNIVERSITY and N8 PHARMACEUTICALS, INC.,<br><br>    Plaintiffs-Intervenors,<br><br>   v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>    Defendant. | **APPENDIX OF EXHIBITS IN SUPPORT OF COLGATE-PALMOLIVE COMPANY'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT RE MISAPPROPRIATION OF TRADE SECRETS AND UNFAIR COMPETITION CLAIMS [Dkt 554]**<br><br>2:13-cv-01017-BSJ<br><br>The Honorable Bruce S. Jenkins |

81087843.1 0081966-00001

## EXHIBIT INDEX

Exhibit B:      Appendix I, Colgate's Reply to Plaintiffs' Response to Colgate's Statement of Undisputed Material Facts **(FILED UNDER SEAL)**

Exhibit C:      Appendix II, Colgate's Response to Plaintiffs' Statement of Additional Material Facts **(FILED UNDER SEAL)**

Exhibit D:      Second Declaration of David L. Mortensen in Support of Defendant Colgate-Palmolive Company's Reply Memorandum in Support of Its Motion for Partial Summary Judgment Re Misappropriation of Trade Secrets and Unfair Competition Claims [Dkt. 554]

Exhibit 90:     U.S. Patent 6,486,148 B2 filed August 10, 2001 and issued on November 26, 2002, produced in this action as LOCHEAD000744-785

Exhibit 91:     Cited portions of the Deposition of Harsh Trivedi taken March 25, 2015 **(FILED UNDER SEAL)**

Exhibit 92:     Cited portions of the Rule 30(b)(6) deposition of Brigham Young University (Paul Savage) taken May 20, 2015 **(FILED UNDER SEAL)**

Exhibit 93:     Colgate-Palmolive Technical Research notes, produced in this action as COLPAL000107-121, COLPAL054814-28, and COLPAL059973-75 **(FILED UNDER SEAL)**

Exhibit 94:     Cited portions of the deposition of Thomas L. Irving taken October 28, 2015 **(FILED UNDER SEAL)**

Exhibit 95:     Cited portions of the Expert Report of Thomas L. Irving dated September 14, 2015 **(FILED UNDER SEAL)**

Exhibit 96:     Wikipedia definition of "Quaternary ammonium cation"

Exhibit 97:     Cited portions of the Expert Report of Robert Y. Lochhead dated September 21, 2015 **(FILED UNDER SEAL)**

Exhibit 98:     Merriam-Webster Dictionary definition of "antibiotic"

Exhibit 99:     Cited portions of Chapter 21 of the text on Organic Chemistry by Paula Yurkanis

Exhibit 100:    Cited portions of Paula Yurkanis Bruice's undergraduate textbook on Organic Chemistry

Exhibit 101:    Article entitled "T*he chemistry of nitrosamine formation, inhibition and destruction*," J. Soc. Cosmet. Chem., 29, 581-606, September 1978

Exhibit 102:    Article entitled "*Peroxides and Ethers*," CRC Handbook of Laboratory Safety, 5th Ed.

Exhibit 103:    Wikipedia definition of "molecular mass or molecular weight"

Exhibit 104:    American Heritage Dictionary of the English Language (5th ed. 2011) definition of "molecular weight"

Exhibit 105:    Second Declaration of Dandan Chen dated December 7, 2015 **(FILED UNDER SEAL)**

Exhibit 106:    Second Declaration of Harsh Mahendra Trivedi dated December 4, 2015 **(FILED UNDER SEAL)**

Exhibit 107:    First Amendment to Materials Transfer and Evaluation Agreement between Colgate-Palmolive Company and N8 Medical, LLC dated May 23, 2011, marked as Deposition Exhibit 14 **(FILED UNDER SEAL)**

Exhibit 108:    Cited portions of the Deposition of Russell L. Allen taken March 27, 2015 **(FILED UNDER SEAL)**

Exhibit 109:    Cited portions of the Deposition of Nikhil Heble taken March 24, 2015 **(FILED UNDER SEAL)**

Exhibit 110:    U.S. Patent and Trademark Office Action dated February 11, 2015, marked as Deposition Exhibit 832

Exhibit 111:    Article by A. McBain, R. Ledder, L. Moor, C. Catrenich, P. Gilbert entitled "*Effects of Quaternary-Ammonium-Based Formulations on Bacterial Community Dynamics and Antimicrobial Susceptibility,*" Appl. Environ. Microbiol., June 2004

Exhibit 112:    U.S. Patent Application by R. Roberge, A. Wong, entitled "*Oral Care Compositions Comprising Increased Bioavailable Levels of Quaternary Ammonium Antimicrobials,*" U.S. Patent App. 2005/0169852, published August 4, 2005

Exhibit 113:    Cited portions of 68 Fed. Reg., No. 103 (May 29, 2003) re Oral Health Care Drug Products for Over-the-Counter Human Use; Antigingivitis/ Antiplaque Drug Products; Establishment of a Monograph

Exhibit 114:    Definition of "broad-spectrum antibiotic," Saunders Comprehensive Veterinary Dictionary, 4th ed. 2012

Exhibit 115:    Cited portions of 47 Fed. Reg. at 22711-22930.

Exhibit 116:   Article by P.D. Marsh entitled "*Controlling the oral biofilm with antimicrobials,*" Journal of Dentistry 38, S2 (2010)

Exhibit 117:   Wikipedia definition of NF-kB

Exhibit 118:   Cited portions of the Expert Report of Dr. Martin Giniger dated June 1, 2015 **(FILED UNDER SEAL)**

Exhibit 119:   Cited portions of the Expert Report of Robert V. Faller dated September 14, 2015 **(FILED UNDER SEAL)**

81087843.1 0081966-00001                    4