# EXHIBIT 99

# 21 More About Amines • Heterocyclic Compounds



$CH_3CH_2NH_2$
**ethylamine**

$CH_3CH_2NH$
$|$
$CH_2CH_3$
**diethylamine**

$CH_3CH_2NCH_2CH_3$
$|$
$CH_2CH_3$
**triethylamine**

**piperidine**

**A**mines are compounds in which one or more of the hydrogens of ammonia ($NH_3$) have been replaced by an alkyl group. Amines are among some of the most abundant compounds in the biological world. We will appreciate their importance in Chapter 23, when we look at amino acids and proteins; in Chapter 24, when we study how enzymes catalyze chemical reactions; in Chapter 25, when we investigate the ways in which coenzymes—compounds derived from vitamins—help enzymes catalyze chemical reactions; in Chapter 27, when we study nucleic acids (DNA and RNA); and in Chapter 30, when we take a look at how drugs are discovered and designed.

Amines are also exceedingly important compounds to organic chemists, far too important to leave until the end of a course in organic chemistry. We have, therefore, already studied many aspects of amines and their chemistry. For example, we have seen that the nitrogen in amines is $sp^3$ hybridized and the lone pair resides in an empty $sp^3$ orbital (Section 2.8). We also have examined the physical properties of amines—their hydrogen bonding properties, boiling points, and solubilities (Section 2.9). In Section 2.7, we learned how amines are named. Most important, we have seen that the lone-pair electrons of the nitrogen atom cause amines to react as bases, sharing their lone pair with a proton, and as nucleophiles, sharing their lone pair with an atom other than a proton.



In this chapter, we will revisit some of these topics and look at some aspects of amines and their chemistry that we have not discussed previously.

**883**

## 21.7 Oxidation of Amines; The Cope Elimination Reaction

Amines are easily oxidized, sometimes just by being exposed to air. Amines, therefore, are stored as salts (e.g., as amine hydrochlorides), and drugs that contain amino groups are often sold as salts.

Primary amines are oxidized to hydroxlyamines, which in turn are oxidized to nitroso compounds, which are oxidized to nitro compounds. Hydrogen peroxide, peroxyacids, and other common oxidizing agents are used to oxidize amines. The oxidation reactions generally take place by mechanisms that involve radicals, so they are not well characterized.

$$R-NH_2 \xrightarrow{\text{oxidation}} R-NH-OH \xrightarrow{\text{oxidation}} R-N=O \xrightarrow{\text{oxidation}} R-\overset{+}{N}\overset{O}{\underset{O^-}{\diagdown}}$$

**a primary amine**        **a hydroxylamine**        **a nitroso compound**        **a nitro compound**

Secondary amines are oxidized to secondary hydroxylamines, and tertiary amines are oxidized to amine oxides.

$$R-\overset{R}{\underset{}{NH}} + HO-OH \longrightarrow R-\overset{R}{\underset{OH}{N H}} + HO^- \longrightarrow R-\overset{R}{\underset{OH}{N}} + H_2O$$

**a secondary amine**                                 **a secondary hydroxylamine**

$$R-\overset{R}{\underset{}{N}}-R + HO-OH \longrightarrow R-\overset{R}{\underset{OH}{\overset{+}{N}}}-R + HO^- \longrightarrow R-\overset{R}{\underset{O^-}{\overset{+}{N}}}-R + H_2O$$

**a tertiary amine**                                 **an tertiary amine oxide**

*Arthur C. Cope (1909–1966) was born in Indiana. He received a Ph.D. from the University of Wisconsin and was a professor of chemistry at Bryn Mawr College, Columbia University, and MIT.*

Amine oxides undergo a reaction similar to the Hofmann elimination reaction, called a *Cope elimination reaction*. In a **Cope elimination reaction**, a tertiary amine oxide rather than a quaternary ammonium ion undergoes elimination. The Cope elimination reaction occurs under milder conditions than does a Hofmann elimination reaction.

$$CH_3CH_2CH_2\overset{CH_3}{\underset{O^-}{\overset{|}{\overset{+}{N}}}}CH_3 \xrightarrow{\Delta} CH_3CH=CH_2 + \overset{CH_3}{\underset{OH}{\overset{|}{N}CH_3}}$$

**a tertiary amine oxide**                **a hydroxylamine**

A strong base is not needed for a Cope elimination because the amine oxide acts as its own base. The Cope elimination, therefore, is an intramolecular E2 reaction and involves syn elimination.

**mechanism of the Cope elimination reaction**

$$CH_3CH\overset{CH_2-\overset{CH_3}{\overset{+}{N}}-CH_3}{\underset{H}{\underset{:O:}{\diagup}}} \xrightarrow{\Delta} CH_3CH=CH_2 + \overset{CH_3}{\underset{:OH}{\overset{|}{N}-CH_3}}$$