# EXHIBIT 100

THIRD EDITION

# Organic Chemistry

## Paula Yurkanis Bruice

University of California, Santa Barbara



PRENTICE HALL
Upper Saddle River, New Jersey 07458

*Library of Congress Cataloging-in-Publication Data*

Bruice, Paula Yurkanis
   Organic chemistry / Paula Yurkanis Bruice.—3rd ed.
      p.   cm.
   Includes index.
   ISBN 0-13-017858-6
      1. Chemistry, Organic.   1. Title.
   QD251.2.B784 2001
   547.—dc21                                    00-044108
                                                   CIP

Executive Editor: *John Challice*
Development Editor: *John Murdzek*
Executive Managing Editor: *Kathleen Schiaparelli*
Senior Marketing Manager: *Steve Sartori*
Editorial Assistant: *Gillian Buonanno*
Associate Editor: *Kristen Kaiser*
Manufacturing Manager: *Michael Bell*
Art Editor: *Karen Branson*
Art Director/Cover Designer: *Joseph Sengotta*
Photo Researcher: *Mary Teresa Grancoli*
Editor in Chief, Development: *Carol Trueheart*
Assistant Managing Editor, Science Media: *Alison Lorber*
Media Editor: *Paul Draper*
Assistant Vice President of Production and Manufacturing: *David W. Riccardi*
Associate Creative Director: *Carole Anson*
Art Manager: *Gus Vibal*
Interior Designer: *Judith A. Matz-Coniglio*
Front Cover Photo: *Soft coral display grainy yellow tentacles; Stephen Frink / The Stock Market*
Back Cover Photo: *Orange encrusting coral; courtesy of Phillip Crews, Department of Chemistry, University of California at Santa Cruz*
Photo Research Administrator: *Melinda Reo*
Art Studio: *Academy ArtWorks, Inc.*
Copyediting, Text Composition, and Electronic Page Makeup: *WestWords, Inc.*

Spectra reproduced by permission of Aldrich Chemical Co.

 © 2001, 1998, 1995 by Prentice-Hall, Inc.
Pearson Education
Upper Saddle River, New Jersey 07458

All rights reserved. No part of this book may be
reproduced, in any form or by any means,
without permission in writing from the publisher.

Printed in the United States of America
10  9  8  7  6  5  4  3

ISBN 0-13-017858-6

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Pearson Education Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

Case 2:13-cv-01017-BSJ    Document 871-10    Filed 01/26/16    PageID.45579    Page 4 of 4

The product obtained from the reaction of a tertiary amine with a nitrosonium ion cannot be stabilized by loss of a proton. A tertiary aryl amine, therefore, undergoes an electrophilic aromatic substitution reaction with a nitrosonium ion. The product of the reaction is primarily the para isomer because the bulky dialkylamino group blocks approach of the nitrosonium ion to the ortho position.

3-D Molecule:
*para*-Nitroso-*N*,*N*-dimethylaniline

**N,N-dimethylaniline**
a tertiary amine

***para*-nitroso-*N*,*N*-dimethylaniline**
85%

## NITROSAMINES AND CANCER

A 1962 outbreak of food poisoning in sheep in Norway was traced to their ingestion of nitrite-treated fish meal. This incident immediately raised concerns about human consumption of nitrite-treated foods. Sodium nitrite is used as a food preservative. It can react with naturally occurring secondary amines present in food to produce nitrosamines, which are known to be carcinogenic. Smoked fish, cured meats, and beer all contain nitrosamines. Nitrosamines have also been found in cheese, which is not surprising because some cheeses are preserved with nitrite, and cheese is rich in secondary amines. In the United States, consumer groups asked the Food and Drug Administration to ban the use of sodium nitrite as a preservative. This request was vigorously opposed by the meat-packing industry. Despite extensive investigations, it has not been determined whether or not the small amounts of nitrosamines present in our food pose a hazard to our health. Until this question can be answered, it will be hard to avoid sodium nitrite in our diet. It is worrisome to note, however, that Japan has one of the highest gastric cancer rates, and has the highest average ingestion of sodium nitrite. Some good news is that the concentration of nitrosamines present in bacon has been considerably reduced in recent years by adding ascorbic acid (a nitrosamine inhibitor) to the curing mixture. Additionally, improvements in the malting process have reduced the level of nitrosamines found in commercial beer. Dietary sodium nitrite does have a redeeming feature—there is some evidence that it protects against botulism (a type of severe food poisoning).

## 15.13 NUCLEOPHILIC AROMATIC SUBSTITUTION REACTIONS

We have seen (Section 9.9) that benzene does not react with nucleophiles under standard reaction conditions because the $\pi$ electron clouds repel the approach of a nucleophile, and the leaving group would be a very basic hydride ion.

However, if the benzene ring has one or more substituents that strongly withdraw electrons from the ring by resonance and a good leaving group (such as a halogen), **nucleophilic aromatic substitution** reactions can occur without using extreme