# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Karen Murakami
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

RECEIVED
MAR 17 2016
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

CASE NO. 2:13cv01017 BSJ

N8 Medical Inc v. Colgate - Palmolive Company

Approved By:_____

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Plaintiff | Cody W. Stafford, Paul J. Dobrowski |
| Defendant | Kenneth B. Black, David L. Mortensen, Jill M. Pohlman |
| Intervenor Pla | Sara N. Nielson, Gregory Hess, Robert Clark |
| Intervenor Pla | Stephen C. Biggs |

DATE: 3/3/2016   Time Start: 1:30 p.m. to Time End: 2:30 p.m.

MATTER SET: Status and Scheduling Conference Re: Mini Trial
[969] MOTION for Protective Order

DOCKET ENTRY:

Counsel present for parties.
The Court grants the [696] Motion for Protective Order.

Discussion and Argument heard regarding the Status and Scheduling Conference Re: Mini trial.
The court schedules the following dates:

Suggested form of pretrial order due to chambers by 3/30/2016
Further hearing Re: (554) misappropriation of trade secrets and unfair competition claims, Status and Scheduling Conference re: Mini Trial, and consideration of proposed pretrial order set for 4/8/2016, at 10:00 a.m.

Mr. Black is to prepare and submit an order within 5 days of today's hearings.